No. 01–7305. SNAGGS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–446. WELLINGTON TRADE, INC., DBA CONTAINERHOUSE v. UNITED STATES. C. A. 11th Cir. Motion of Richard E. Flamm for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.

No. 01–641. HISTED v. E. I. DU PONT DE NEMOURS & CO. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–1780. ROCKEFELLER v. NEW MEXICO ET AL., *ante*, p. 819;

No. 00–1788. IN RE POLYAK, *ante*, p. 812;

No. 00–1796. BUSH v. ZEELAND PUBLIC SCHOOLS BOARD OF EDUCATION ET AL.; BUSH v. ZEELAND PUBLIC SCHOOLS BOARD OF EDUCATION; and BUSH v. ZEELAND PUBLIC SCHOOLS BOARD OF EDUCATION, *ante*, p. 819;

No. 00–1877. CONTRERAS v. SUNCAST CORP. ET AL., *ante*, p. 824;

No. 00–1883. JOHNSTON v. MONROE COUNTY COURT, *ante*, p. 824;

No. 00–10315. COLEMAN v. TEXAS, *ante*, p. 851;

No. 00–10369. CARTER v. JOHNSTON ET AL., *ante*, p. 854;

No. 00–10383. SCHIEBLE v. DORCHESTER COUNTY, *ante*, p. 855;

No. 00–10392. NOWIK v. NORTH DAKOTA, *ante*, p. 855;

No. 00–10407. JACKSON v. MECKLENBURG COUNTY ET AL., *ante*, p. 856;

No. 00–10532. IN RE YOUNG, *ante*, p. 811;

No. 00–10540. YOUNG v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 864;

No. 00–10695. ANGERAMI v. UNITED STATES, *ante*, p. 992;

No. 00–10806. MCFADDEN v. PADULA, WARDEN, ET AL., *ante*, p. 880;

No. 01–163. IN RE RETTIG, *ante*, p. 810;

No. 01–203. BLOUGH v. UNITED STATES ET AL., *ante*, p. 894;

No. 01–405. COLE v. DOC'S DRUGS, LTD., *ante*, p. 996;

No. 01–484. GOONAN v. KANE ET AL., *ante*, p. 997;

No. 01-5104.  OWSLEY v. LUEBBERS, SUPERINTENDENT, PO-TOSI CORRECTIONAL CENTER, *ante,* p. 903;

No. 01-5349.  IN RE YOUNG, *ante,* p. 810;

No. 01-5374.  WHEELER v. MORGAN ET AL., *ante,* p. 919;

No. 01-5429.  IN RE YOUNG, *ante,* p. 812;

No. 01-5496.  ENSIGN v. METROPOLITAN LIFE INSURANCE CO., *ante,* p. 956;

No. 01-5782.  JOERGER v. ASHCROFT, ATTORNEY GENERAL, *ante,* p. 1023;

No. 01-5818.  ARNOLD v. WOOD ET AL., *ante,* p. 975;

No. 01-5855.  TAYLOR v. ADE ET UX., *ante,* p. 976;

No. 01-6205.  GRAHAM v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL., *ante,* p. 979; and

No. 01-6278.  CARLSON v. VIRGINIA, *ante,* p. 1004.  Petitions for rehearing denied.

No. 00-1866.  GARCIA v. UNITED STATES, *ante,* p. 823;

No. 01-209.  BREEN v. UNITED STATES, *ante,* p. 894; and

No. 01-323.  WINKER v. McDONNELL DOUGLAS CORP., *ante,* p. 994.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Petitions for rehearing denied.

JANUARY 10, 2002

No. 01-7520 (01A504).  ALSTON v. LEE, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 01-7631 (01A506).  ALSTON v. NORTH CAROLINA.  Sup. Ct. N. C.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

JANUARY 11, 2002

No. 01-463.  UNITED STATES v. FIOR D'ITALIA, INC.  C. A. 9th Cir.  Certiorari granted.  Petitioner's brief is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 25, 2002.  Respondent's brief is to be filed with